ROBERT B. JENNINGS, Appellant, *v.* CLYDE STEAMSHIP COMPANY, Respondent.

*Jennings* v. *Clyde Steamship Co.*, 148 App. Div. 615, affirmed.
(Argued January 19, 1914; decided February 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 17, 1912, in favor of defendant upon the submission of a controversy under section 1279 of the Code of Civil Procedure as to the liability of the defendant for the value of merchandise destroyed by fire while in its possession as a common carrier.

*Henry J. Bigham, D. Roger Englar* and *Oscar R. Houston* for appellant.

*Norman B. Beecher* and *Ray Rood Allen* for respondent.

Judgment affirmed, with costs, on opinion of CLARKE, J., below.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.